**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JULIO ALBERTO SALINAS UMANA (A# 096218203),

Petitioner,

v.

WARDEN-FACILITY ADMINISTRATOR ADELANTO ICE PROCESSING CENTER, *et al*,

Respondents.

Case No. 5:26-cv-03375-JWH-PVC

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The findings, conclusions, and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2. Respondents are **DIRECTED** forthwith to release Petitioner Julio Alberto Salinas Umana, A# 096218203, unless Respondents have provided Salinas Umana with an individualized bond hearing under 8 U.S.C. § 1226(a).

3. Respondents are also **DIRECTED** to file no later than August 5, 2026, a notice of compliance advising how they complied with this Order.

4. The parties are **DIRECTED** to file no later than August 7, 2026, a Joint Status Report informing the Court of the outcome of any bond hearing, whether any issues remain, and the parties' positions on whether additional briefing is needed on any remaining issues. If so, the parties are **DIRECTED** to include in their Joint Status Report a proposed briefing schedule.

5. The Clerk is **DIRECTED** to serve this Order on Salinas Umana and on counsel for Respondents.

**IT IS SO ORDERED.**

Dated: July 29, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE